```
                 IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF OREGON

                           PORTLAND DIVISION
```

MARIO ALBERTO PONG ALVARADO,                         CV. 10-1033-MA

        Petitioner,                                        ORDER

    v.

MARK NOOTH,

        Respondent.

MARSH, Judge

    Petitioner's motion to voluntarily dismiss (#15) is GRANTED.

This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this _23_ day of December, 2010.


                                         _/s/  Malcolm F. Marsh_____
                                         Malcolm F. Marsh
                                         United States District Judge

1 -- ORDER